CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:05-cv-04647-GBD

| | |
|---|---|
| Paulino v. New York Pressmen's Union Number Two et al | Date Filed: 05/12/2005 |
| Assigned to: Judge George B. Daniels | Date Terminated: 01/31/2006 |
| Similar Case: 1:06-cv-00053-GBD | Jury Demand: Plaintiff |
| Cause: 29:412 Labor Management Relations Act | Nature of Suit: 720 Labor: Labor/Mgt. Relations |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Daniel Paulino**   represented by   **Neil Michael. Frank**
Frank & Associates,
500 Bi-County Boulevard, #112N
Farmingdale, NY 11735
(631) 756-0400
Fax: (631)-756-0547
Email: nfrank@laborlaws.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**New York Pressmen's Union Number Two**   represented by   **Barry I. Levy**
Shapiro, Beilly, Rosenberg, Aronowitz Levy & Fox
225 Broadway
New York, NY 10007
212-267-9020
Fax: 212-608-2072
Email: barry.levy@rivkin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NYP Holdings, Inc.**
*TERMINATED: 10/04/2005*
doing business as
New York Post
*TERMINATED: 10/04/2005*
   represented by   **Adam Jonathan Heft**
Hogan & Hartson L.L.P.(NYC)
875 Third Avenue
New York, NY 10022
212 918-3623
Fax: 212 918 3100
Email: ajheft@hhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Starr**
Hogan & Hartson L.L.P.(NYC)
875 Third Avenue
New York, NY 10022
(212) 918-3000
Fax: (212) 918-3100
Email: mstarr@hhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Jordan Lippner**
News America Incorporated
1211 Avenue of The Americas
New York, NY 10036
(212)-852-7166
Fax: (212)-852-7214
Email: jlippner@newscorp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pressman's Publishers' Benefits Fund**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2005 | 1 | COMPLAINT against New York Pressmen's Union Number Two, The New York Post. (Filing Fee $ 250.00, Receipt Number 543047) Document filed by Daniel Paulino.(mo, ) Additional attachment(s) added on 5/17/2005 (laq, ). (Entered: 05/12/2005) |
| 05/12/2005 | | SUMMONS ISSUED as to New York Pressmen's Union Number Two, The New York Post. (mo, ) (Entered: 05/12/2005) |
| 05/12/2005 | | Case Designated ECF. (mo, ) (Entered: 05/12/2005) |
| 05/12/2005 | | Magistrate Judge Michael H. Dolinger is so designated. (mo, ) (Entered: 05/12/2005) |
| 05/17/2005 | 2 | ORDER RE INITIAL PRETRIAL CONFERENCE: Initial Conference set for 8/3/2005 09:30 AM before Judge George B. Daniels, in courtroom 618, 40 Foley Sq. (Signed by Judge George B. Daniels on 5/13/05) (cd, ) (Entered: 05/18/2005) |
| 06/24/2005 | 3 | NOTICE of Appearance by Barry I Levy on behalf of New York Pressmen's Union Number Two (Levy, Barry) (Entered: 06/24/2005) |
| 06/24/2005 | 4 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - MOTION for Extension of Time (Letter to Judge Daniels Requesting Execution of Stipulation Extending defendant, Local No. 2's Time to Answer or Move to July 22, 2005). Document filed by New York Pressmen's Union Number Two. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | Stipulation Executed by Counsel for Plaintiff and Local No. 2)(Levy, Barry) Modified on 6/27/2005 (kg, ). (Entered: 06/24/2005) |
| 06/27/2005 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Barry I. Levy to MANUALLY RE-FILE Document No. 4 Letter. This document is not filed via ECF. (kg, ) (Entered: 06/27/2005) |
| 07/06/2005 | 5 | AMENDED COMPLAINT amending 1 Complaint against New York Pressmen's Union Number Two, The New York Post.Document filed by Daniel Paulino. Related document: 1 Complaint filed by Daniel Paulino,. (sac, ) (Entered: 07/07/2005) |
| 07/06/2005 | | Set Answer Due Date purs. to 5 Amended Complaint as to New York Pressmen's Union Number Two answer due on 7/20/2005; The New York Post answer due on 7/20/2005. (sac, ) (Entered: 07/07/2005) |
| 07/28/2005 | 6 | STIPULATION AND ORDER, New York Pressmen's Union Number Two answer due 8/1/2005; The New York Post answer due 8/1/2005. (Signed by Judge George B. Daniels on 7/18/05) (sac, ) (Entered: 07/29/2005) |
| 08/01/2005 | 7 | MOTION to Dismiss *and for Summary Judgment*. Document filed by New York Pressmen's Union Number Two. Responses due by 8/17/2005 Return Date set for 8/22/2005 09:30 AM. (Attachments: # 1 Exhibit Rule 56.1 Statement# 2 Affidavit Declaration of John Heffernan# 3 Exhibit Exhibit A to Heffernan Declaration# 4 Affidavit Declaration of Joseph Vincent# 5 Exhibit Exhibit A to Vincent Declaration# 6 Affidavit Declaration of Robert Costello# 7 Exhibit Exhibit A Costello Declaration# 8 Exhibit Exhibit B Costello Declaration# 9 Exhibit Exhibit C Costello Declaration# 10 Exhibit Exhibit D to Costello Declaration# 11 Exhibit Exhibit E to Costello Declaration# 12 Exhibit Exhibit F to Costello Declaration)(Levy, Barry) (Entered: 08/01/2005) |
| 08/02/2005 | 8 | BRIEF *In Support of Defendant's Motion to Dismiss and for Summary Judgment*. Document filed by New York Pressmen's Union Number Two. (Attachments: # 1 Exhibit Exhibit A to Memo# 2 Exhibit Exhibit B to Memo)(Levy, Barry) (Entered: 08/02/2005) |
| 08/02/2005 | 9 | MEMORANDUM OF LAW in Support re: 7 MOTION to Dismiss *and for Summary Judgment*.. Document filed by New York Pressmen's Union Number Two. (jmi, ) (Entered: 08/03/2005) |
| 08/05/2005 | 10 | STIPULATION AND ORDER the time for the defendant NYP Holdings to answer plaintiff's summons and amended complaint in this action is extended to 8/15/05. So Ordered. (Signed by Judge George B. Daniels on 8/4/05) (jco, ) (Entered: 08/08/2005) |
| 08/05/2005 | | Set Answer Due Date purs. to 10 Stipulation and Order as to The New York Post answer due on 8/15/2005. (jco, ) (Entered: 08/08/2005) |
| 08/08/2005 | 11 | NOTICE of Appearance by Michael Gordon Starr on behalf of The New York Post (Starr, Michael) (Entered: 08/08/2005) |
| | | |

| | | |
|---|---|---|
| 08/08/2005 | 12 | NOTICE of Appearance by Adam Jonathan Heft on behalf of The New York Post (Heft, Adam) (Entered: 08/08/2005) |
| 08/15/2005 | 13 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by The New York Post.(Heft, Adam) (Entered: 08/15/2005) |
| 08/15/2005 | 14 | ANSWER to Amended Complaint. Document filed by The New York Post. Related document: 5 Amended Complaint filed by Daniel Paulino,.(Heft, Adam) (Entered: 08/15/2005) |
| 08/15/2005 | 17 | STIPULATION: the time for defendant NYP Holdings, Inc. (d/b/a New York Post - misidentified as "The New York Post") to answer, move or otherwise respond to the amended complaint is extended to 8/15/05. (Signed by Judge George B. Daniels on 8/15/05) (db, ) (Entered: 08/16/2005) |
| 08/15/2005 | | Set Answer Due Date purs. to 17 Stipulation and Order, as to NYP Holdings, Inc. answer due on 8/15/2005. (db, ) (Entered: 08/16/2005) |
| 08/16/2005 | 15 | STATUS REPORT. *Respectfully requests* Document filed by Daniel Paulino.(Frank, Neil) (Entered: 08/16/2005) |
| 08/16/2005 | 16 | NOTICE of Appearance by Jordan Lippner on behalf of The New York Post (Lippner, Jordan) (Entered: 08/16/2005) |
| 08/16/2005 | 18 | ENDORSED LETTER addressed to Judge Daniels from Neil M. Frank dated 8/11/05 re: counsel equests an adjournment of initial conference - to 09/21/05; an extension of the response to Defendant NY Printing Pressman's Union Local 2's, motion to dismiss and for summary judgment from August 17, 2005 to August 31, 2005, with defendant's reply to be served and filed on Sept. 9, 2005. An adjournment of return date from August 22, 2005 to September 9, 2005; Granted. (Signed by Judge George B. Daniels on 8/15/05) (djc, ) Additional attachment(s) added on 8/17/2005 (djc, ). (Entered: 08/17/2005) |
| 08/16/2005 | | Set/Reset Deadlines as to 7 MOTION to Dismiss *and for Summary Judgment*.. Responses due by 8/31/2005 Replies due by 9/9/2005. (djc, ) (Entered: 08/17/2005) |
| 08/31/2005 | 19 | RESPONSE in Opposition re: 7 MOTION to Dismiss *and for Summary Judgment*.. Document filed by Daniel Paulino. (Attachments: # 1 Plaintiff;s 56.1 Counterstatement of Material Facts# 2 Declaration of Neil M. Frank# 3 Affidavit of Daniel Paulino)(Frank, Neil) (Entered: 08/31/2005) |
| 08/31/2005 | 20 | MOTION to Add Party(ies) PRESSMEN'S PUBLISHERS' BENEFITS FUND. Document filed by Daniel Paulino. (Frank, Neil) (Entered: 08/31/2005) |
| 08/31/2005 | 21 | FILING ERROR - DEFICIENT DOCKET ENTRY - MOTION to Amend/Correct FIRST AMENDED COMPLAINT. Document filed by Daniel Paulino. (Frank, Neil) Modified on 9/7/2005 (kg). (Entered: 08/31/2005) |
| | | |

| | | |
|---|---|---|
| 09/06/2005 | 22 | MOTION to Amend/Correct First Amended Complaint. Document filed by Daniel Paulino. (Attachments: # 1 Second Amended Complaint) (Frank, Neil) (Entered: 09/06/2005) |
| 09/09/2005 | 23 | ENDORSED LETTER addressed to Judge Daniels from Barry Levy dated 9/7/05: granting deft request to be permitted until 9/21/05 to file any additional papers re the motion for summary judgment and the cross motion to amend. (Signed by Judge George B. Daniels on 9/8/05) (cd, ) (Entered: 09/12/2005) |
| 09/21/2005 | | Minute Entry for proceedings held before Judge George B. Daniels : Interim Pretrial Conference held on 9/21/2005. Next PTC scheduled for 11/16/05 @10:00 a.m. (pl, ) (Entered: 09/26/2005) |
| 09/23/2005 | 24 | DECLARATION of Michael Tortora in Opposition re: 22 MOTION to Amend/Correct *First Amended Complaint.*, 7 MOTION to Dismiss *and for Summary Judgment..* Document filed by New York Pressmen's Union Number Two. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(Levy, Barry) (Entered: 09/23/2005) |
| 09/23/2005 | 25 | DECLARATION of Roger Carbo in Opposition re: 22 MOTION to Amend/Correct *First Amended Complaint.*, 7 MOTION to Dismiss *and for Summary Judgment..* Document filed by New York Pressmen's Union Number Two. (Attachments: # 1 Exhibit # 2 Exhibit)(Levy, Barry) (Entered: 09/23/2005) |
| 09/23/2005 | 26 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: 22 MOTION to Amend/Correct *First Amended Complaint.*, 7 MOTION to Dismiss *and for Summary Judgment..* Document filed by New York Pressmen's Union Number Two. (Levy, Barry) (Entered: 09/23/2005) |
| 10/03/2005 | 27 | ORDER: plaintiffs motion to withdraw his claim aginst defendant, the New York Post, is GRANTED. (Signed by Judge George B. Daniels on 9/30/05) (db, ) (Entered: 10/04/2005) |
| 10/04/2005 | 28 | STIPULATION AND ORDER OF DISMISSAL; all claims that were or could have been asserted against the Post in this action shall be dismissed with prejudice, purs. to Rule 41(a) of the FRCP. (Signed by Judge George B. Daniels on 10/4/05) (dle, ) (Entered: 10/05/2005) |
| 10/20/2005 | 29 | REPLY to Response to Motion re: 22 MOTION to Amend/Correct *First Amended Complaint.*, 7 MOTION to Dismiss *and for Summary Judgment..* Document filed by Daniel Paulino. (Frank, Neil) (Entered: 10/20/2005) |
| 10/21/2005 | 30 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - MOTION to Vacate Order. Document filed by Daniel Paulino. (Attachments: # 1)(Frank, Neil) Modified on 10/25/2005 (kg). (Entered: 10/21/2005) |
| 10/25/2005 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Neil M. Frank to MANUALLY RE-FILE Document No. 30 Letter. This document is not filed via ECF. |

| | | |
|---|---|---|
| | | (kg) (Entered: 10/25/2005) |
| 10/31/2005 | 31 | REPLY to Response to Motion re: 7 MOTION to Dismiss *and for Summary Judgment. Letter Response to Plaintiff's October 17, 2005 Letter Opposition/Reply.* Document filed by New York Pressmen's Union Number Two. (Levy, Barry) (Entered: 10/31/2005) |
| 11/18/2005 | 32 | ENDORSED LETTER addressed to Judge George B. Daniels from Neil M. Frank dated 11/17/05 re: Counsel writes to confirm that the conference be rescheduled to 12/14/05 at 10:00 a.m. So Ordered. (Signed by Judge George B. Daniels on 11/18/05) (jco, ) (Entered: 11/18/2005) |
| 12/14/2005 | 33 | ORDER granting 20 Motion to Add Party(ies) Pressman's Publishers' Benefits Fund. (Signed by Judge George B. Daniels on 12/14/05) (db, ) (Entered: 12/14/2005) |
| 12/14/2005 | 34 | ORDER: for reasons further set forth the clerk of the court is directed to remove the plaintiffs' 20 and 22 Motions from the Court's Docket. (Signed by Judge George B. Daniels on 12/14/05) (db, ) (Entered: 12/15/2005) |
| 12/14/2005 | 35 | ORDER: plaintiffs' 22 Motion to amend is DENIED without prejudice. (Signed by Judge George B. Daniels on 12/14/05) (db, ) (Entered: 12/15/2005) |
| 12/14/2005 | 36 | ORDER: for reasons further set forth, the Clerk of the Court is directed to remove defendants 7 Motion from the Docket. (Signed by Judge George B. Daniels on 12/14/05) (db, ) (Entered: 12/15/2005) |
| 12/14/2005 | | Minute Entry for proceedings held before Judge George B. Daniels : Initial Pretrial Conference held on 12/14/2005. Initial Conference set for 3/1/2006 09:45 AM before Judge George B. Daniels. (sac, ) (Entered: 01/03/2006) |
| 12/21/2005 | 37 | TRANSCRIPT of proceedings held on 9/21/05 before Judge George B. Daniels. (jno, ) (Entered: 12/21/2005) |
| 01/18/2006 | 38 | TRANSCRIPT of proceedings held on 12/14/05 before Judge George B. Daniels. (lma, ) (Entered: 01/18/2006) |
| 01/25/2006 | 39 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - JOINT MOTION to Dismiss Plaintiff's Complaint in Paulino v. Local No. 2, et. al., Docket No.: 06-0053, Directing Plaintiff to File a Proposed Third Amended Complaint in this Action by 1-27-06 and Affording Defendants until 2-10-06 to File Supplemental Papers Opposing the Proposed Third Amended Complaint (LETTER). Document filed by New York Pressmen's Union Number Two. (Levy, Barry) Modified on 1/27/2006 (kg). (Entered: 01/25/2006) |
| 01/27/2006 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Barry Levy to MANUALLY RE-FILE Document No. 39 Letter. This document is not filed via ECF. (kg) (Entered: 01/27/2006) |
| | | |

| 01/31/2006 | 40 | ORDER; this case is dismissed. (Signed by Judge George B. Daniels on 1/30/06) (kco, ) (Entered: 01/31/2006) |