UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DANIEL PAULINO,

         Plaintiff,        05 Civ. 4647 (GBD)

   -against-            ORDER

NEW YORK PRESSMEN'S UNION LOCAL 2 and
THE NEW YORK POST,

         Defendants.
-------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

   Plaintiff's motion to withdraw his claim against defendant, the New York Post, is

granted.


Dated: September 30, 2005
   New York, New York

               SO ORDERED:

               _____
               GEORGE B. DANIELS
               United States District Judge