UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIEL PAULINO,

                            Plaintiff,                          05 Civ. 4647 (GBD)

      -against-                                            <u>ORDER</u>

NEW YORK PRESSMEN'S UNION LOCAL TWO,
                            Defendant.
------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

      Plaintiff's September 6, 2005 motion to amend the first amended complaint to include claims against the Pressmen's Publishers' Benefits Fund, add and clarify claims against the new York Pressmen's Union Number Two and the New York Post is denied without prejudice.

Dated: December 14, 2005
       New York, New York

                                                          SO ORDERED:

                                                      _____
                                                      GEORGE B. DANIELS
                                                      United States District Judge