Neal S. Schelberg (NS-7985)
Steven P. Gonzalez (SG-0066)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3336
*Attorneys for Defendants The Board of Trustees and
Robert Costello, Administrator, of the Pressmen's Publishers' Benefits Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DANIEL PAULINO                       :
                                     :   Index No. 06-CV-00053 (GBD)(MHD)
              Plaintiff,             :
                                     :   **NOTICE OF MOTION**
       against                       :
                                     :   (ECF Case)
THE NEW YORK PRINTING PRESSMEN'S     :
UNION, LOCAL TWO AND THE BOARD OF    :
TRUSTEES AND ROBERT COSTELLO,        :
ADMINISTRATOR, OF THE PRESSMEN'S     :
PUBLISHERS' BENEFITS FUND            :
                                     :
              Defendants.            :
------------------------------------X

PLEASE TAKE NOTICE that, upon the annexed Affidavit of Steven P. Gonzalez, Esq., the accompanying Memorandum of Law, and all the prior pleadings and proceedings had herein, Defendant Board of Trustees of the Pressmen's-Publishers' Benefits Fund and Defendant Administrator of the Pressmen's-Publishers' Benefits Fund Robert Costello (collectively, the "Defendants") will move this Court before the Honorable George B. Daniels, at a date and time to be set by the Court, in the United States Courthouse, Southern District of New York, United States District Court, 40 Centre Street, New York, New York 10007, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendants' motion to dismiss the fourth claim for relief pursuant to Section 502(c) of the Employee Retirement

Income Security Act ("ERISA") for failure and/or refusal to furnish information and the fifth claim for relief pursuant to ERISA §§ 502(a)(1)(B) and 502(a)(3) for cancellation of health benefits, and awarding Defendants further relief as the Court may deem just and proper.

Dated: New York, NY
      February 17, 2006

                    PROSKAUER ROSE LLP

By: _____
Neal S. Schelberg (NS-7985)
Steven P. Gonzalez (SG-0066)
1585 Broadway
New York, NY 10036
Phone: (212) 969-3336
Fax:   (212) 969-2900

*Attorneys for Defendants The Board of Trustees and Robert Costello, Administrator, of the Pressmen's Publishers' Benefits Fund*

2