UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DANIEL PAULINO,

                                        Plaintiff,                    06 Civ. 53 (GBD)

                    -against-                                         ORDER

NEW YORK PRESSMEN'S UNION LOCAL TWO
and THE BOARD OF TRUSTEES and ROBERT
COSTELLO, Administrator, of the PRESSMEN'S
PUBLISHER'S BENEFIT FUND,
                                        Defendants.
------------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:


        The unopposed motion to dismiss by defendants The Board of Trustees and Robert

Costello, Administrator, of the Pressmen's Publisher's Benefit Fund is granted.



Dated: New York, New York
        April 5, 2006

                                                SO ORDERED:



                                                _____
                                                GEORGE B. DANIELS
                                                United States District Judge