UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DANIEL PAULINO,

                              Plaintiff,                Docket No.:
-against-                                                       CV 07-8593 (GBD)

NEWS CORP. also known as NYP HOLDINGS, INC.
doing business as THE NEW YORK POST,

                              Defendant.
----------------------------------------------------------X

### DECLARATION

Michael Racano, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am the Chief Financial Officer of NYP Holdings, Inc. ("NYP"), and have held this position for approximately 4 years.

2. NYP is signatory to a collective bargaining agreement with New York Newspaper Printing Pressmen's Union Local No. 2 ("Local 2" or the "Union")(the "CBA"). Pursuant to the CBA, NYP is required to remit monthly contributions to the Publishers'-Pressmen's Welfare Fund (the "Fund") on behalf of eligible employees represented by the Union based upon a percentage of their total gross wages pursuant to CBA.

3. No representative from NYP sits as a Trustee on the Fund, and NYP does not make decisions relating to an employee's eligibility for coverage or his/her entitlement to benefits. It is my understanding that those decisions are made by the Fund Administrator and its' Trustees.

4. NYP maintains records showing remittances that are made to the Fund on a monthly basis. I have reviewed NYP's records for the years 2004-2007 and have determined that NYP

made monthly employer contributions to the Fund in relation to Daniel Paulino in every one of those years.

I declare the truth of the foregoing subject to the penalties of perjury. Executed at New York, New York on November 7, 2007.

_____
Michael Racano