Barry I. Levy (BL 2190)
Max Gershenoff
Rivkin Radler LLP
926 RexCorp Plaza
Uniondale, New York  11556
(516) 357-3000

*Counsel for Defendant, NYP Holdings, Inc. s/h/a News Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANIEL PAULINO,

                               Plaintiff,          Docket No.:
    -against-                                                   CV 07-8593 (GBD)

NEWS CORP also known as NYP HOLDINGS, INC.       **RULE 7.1 STATEMENT**
doing business as THE NEW YORK POST,

                               Defendant.
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant NYP Holdings, Inc., sued incorrectly here as News Corp., certifies that News Corporation is the ultimate parent company of NYP Holdings, Inc., that News Corporation is a publicly-held corporation, and that no corporation owns ten (10%) or more of News Corporation's stock.

Dated: Uniondale, New York
November 13, 2007

        Respectfully submitted,

        RIVKIN RADLER LLP

        By: */s/ Barry I. Levy*
            Barry I. Levy (BL 2190)
            A Member of the Firm
        926 RexCorp Plaza
        Uniondale, New York 11556
        (516) 357-3000

        *Counsel for Defendant, NYP Holdings, Inc.*
        *s/h/a News Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007, the foregoing Rule 7.1 Statement was filed with the Clerk of the Court and served on all parties in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Local Rules and/or the Southern District's Rules on Electronic Service.

        By: */s/ Barry I. Levy*
            Barry I. Levy (BL 2190)
            Rivkin Radler LLP
            926 RexCorp Plaza
            Uniondale, New York 11556
            barry.levy@rivkin.com
            (516) 357-3000