**FRANK & ASSOCIATES, P.C.**

ATTORNEYS AT LAW

500 Bi-County Boulevard, Suite ...  ...mingdale, New York 11735
Tel: (631) 759-...   (631) 756-0647
E-Mail: ...   ...laws.com

Neil M. Frank

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 3 2007

November 30, 2007

**SO ORDERED**

/s/ George B. Daniels

HON. GEORGE B. DANIELS
DEC 0 3 2007

<u>Via Facsimile (212) 805 - 6737</u>

Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: **Paulino v. News Corp a.k.a. NYP Holdings, Inc. d.b.a. The New York Post**
    **Index No. CV 07-8593 (GBD)**

Your Honor:

This office represents Plaintiff, Daniel Paulino, in the above referenced ERISA case. On or about November 8, 2007, Defendant filed a motion to dismiss, for summary judgment and sanctions. Plaintiff's Opposition in currently near due. Plaintiff, with consent of Defendant's counsel, seeks permission to extend the time for submission of Opposition papers to on or about December 27, 2007 with a reply date of January 14, 2008. This is Plaintiff's first request of this nature. The parties have met and agreed to abide by the above schedule if it is acceptable to this Court. I have attempted on two previous occasions to file this request via ECF, both times unsuccessfully. Copies of this correspondence have been provided to all counsel. Thank you for your consideration of this request and related courtesies.

Respectfully,

FRANK & ASSOCIATES, P.C.

/s/

Neil M. Frank (NF0521)

IMS/ims

CC: Barry Levy, Esq.

~ Employment, Labor ... Benefits Litigation ~