# RIVKIN RADLER
### ATTORNEYS AT LAW

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: DEC 0 5 2007*

December 5, 2007

**VIA FACSIMILE**
Honorable George B. Daniels
United States District Court Judge
Daniel P. Moynihan U.S. Courthouse
Federal District Court, Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**
The Oral argument set for January 29, 2008 at 10:30 a.m.

DEC 0 5 2007

*George B. Daniels*
HON. GEORGE B. DANIELS

Re:   Paulino, Daniel v. News Corp., a/k/a NYP Holdings, Inc., d/b/a
      The New York Post
      Docket No.: CV 07-8593 (GBD)
      RR File No.: 009286-00002

Dear Judge Daniels:

As Your Honor is aware, we are counsel to the Defendants in this matter.

I received the Court's endorsement of the Plaintiff's counsel's letter modifying the briefing schedule with respect to the Defendants' motion for summary judgment. I note that a return date and oral argument date for the motion was not set, as it was inadvertently omitted by Plaintiff's counsel in his letter. I would request that the matter be set down for oral argument on January 28, 2007 at 9:30 am. This is a date to which the plaintiff's counsel consents, subject to the Court's approval.

The Court's attention to this matter is appreciated.

Respectfully submitted,

RIVKIN RADLER LLP

*Barry I. Levy*

BIL/lg

cc:   Neil Frank, Esq.
      J. Jordan Lippner, Esq.

2099824 v1

926 RexCorp Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street
Court Plaza South - West Wing
Hackensack, NJ 07601-7021
Tel: 201.287.2450
Fax: 201.489.0495

www.rivkinradler.com