UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DANIEL PAULINO,

                               Plaintiff,             Docket No.:
-against-                                            CV 07-8593 (GBD)

NEWS CORP also known as NYP HOLDINGS, INC.
doing business as THE NEW YORK POST,

                               Defendants.
----------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the Plaintiff, Daniel Paulino ("Paulino") and the undersigned counsel for the Defendants, News Corp. and NYP Holdings, Inc. d/b/a The New York Post (collectively referred to as "Defendants") that all claims that were or could have been asserted by Paulino against the Defendants in the above-captioned action shall be, and are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:      Uniondale, New York
             January 3, 2008

FRANK & ASSOCIATES, P.C.                         RIVKIN RADLER, LLP

By: _____                   By: _____
     Neil M. Frank (NF – 0571)                        Barry I. Levy (BL 2190)
500 Bi-County Boulevard – Suite 112N          926 RexCorp Plaza
Farmingdale, New York 11735                  Uniondale, New York 11556
(631) 756-0400                                            (516) 357-3000

*Counsel for Plaintiff*                                    *Counsel for Defendants*

SO ORDERED: JAN 28 2008

_____
Hon. George B. Daniels, U.S.D.J.
HON. GEORGE B. DANIELS

Dated: _____